**In re Trust Under Deed of Arlin S. GREEN.**

**Petition of Betsy J. Green.**

Supreme Court of Pennsylvania.

Feb. 7, 2003.

***ORDER***

**Petition of Betsy J. Green.**

Supreme Court of Pennsylvania.

Feb. 7, 2003.

***ORDER***

PER CURIAM.

AND NOW, this 7th day of February, 2003, the Petition for Allowance of Appeal is hereby GRANTED, the Superior Court's order quashing such appeal is REVERSED, and the appeal is dismissed as

premature. *See Frazier v. City of Philadelphia*, 557 Pa. 618, 735 A.2d 113 (1999).